**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CASA DE MARYLAND, INC,** | : |
| **Plaintiff,** | : |
| v. | :   Civil No.: PJM 08-3249 |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et. al.*, | : |
| **Defendants.** | : |

...oOo...

**CONSENT MOTION FOR EXTENSION OF TIME**

The Defendants, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submit this Motion for Extension of Time to move, answer or otherwise respond to the complaint, up through and including and states:

1.  The complaint was filed on December 4, 2008.  The complaint was subsequently served on defendant and the initial deadline for response is January 16, 2009.

2.  Pursuant to local rule, undersigned counsel contacted plaintiff's attorney on January 2, 4, 5, and 6th and obtained consent for this extension.

3.  Undersigned counsel is coordinated with the agencies concerned to get the required records.  Counsel was out of town on January 5 to January 9.  Counsel is scheduled to be out of town on February 9 - February 13.

5.  As a result of the foregoing circumstances, Defendant requests an extension of time to review the file and to prepare and submit a response.  Specifically, Defendant requests an extension until February 16, 2009. The requested extension will not prejudice either party.

WHEREFORE, the Defendant respectfully requests that the Court extend the time through and including **February 16, 2009**, to move, answer, or otherwise respond to the complaint.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov

2