## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC,** | : |
| **Plaintiff,** | : |
| v. | :   Civil No.: PJM 08-3249 |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et. al.*, | : |
| **Defendants.** | : |

...oOo...

## CONSENT STATUS REPORT AND MOTION FOR EXTENSION OF TIME

The Defendants, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submit this Motion for Extension of Time to set a status report for June 18, 2009 and states:

1.  This case is a claim for relief pursuant to Freedom of Information Act and plaintiff is seeking information from several federal agencies.

2.  The government currently has an obligation to move, answer, or otherwise respond to the complaint by May 18, 2009.

3.  Counsel for all parties have been working regularly to sort through the information request.  Both counsel agree on a joint objective to get all appropriate information disclosed, and narrow the issues which require assistance from the court to resolve.

4. The parties have made progress toward resolving this case. The defendant has made a fifth and sixth significant disclosure. The plaintiff has provided helpful feedback in guiding the search to make the information provided both helpful and responsive.

5. Accordingly, the parties believe the progress they have made is significant and will continue to be fruitful. Defendant requests the court to allow this to take place, and delay the filing of an answer or motion at this time.

6. The parties agree to file a status report On June 18, 2009. At that time, the parties will let the court know if additional time is needed and useful to disclose additional documents, or if the parties are at a point where intervention by the court would be helpful.

7. The undersigned consulted with plaintiff's counsel on May 18, 2009 and obtained his consent for this extension.

WHEREFORE, the Defendant respectfully requests that the Court order a status report for June 18, 2009.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:  /s/
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov