*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Thomas H. Barnard*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4873*<br>*MAIN: 410-209-4800*<br>*FAX : 410-962-2310*<br>*TTY/TDD: 410-962-4462* |

July 15, 2009

The Honorable Peter J. Messitte
U.S. District Court
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland 20770

      RE: *Casa de Maryland v. DHS, et.al,* PJM 08-3249

Dear Judge Messitte,

      This letter is in preparation for our teleconference scheduled this Thursday, July 16, 2009, at 2:00 pm. Hopefully this letter will explain the purpose of our requested teleconference and the desired result.

      As the parties indicated in the status report, this case is a Freedom of Information Act (FOIA) case seeking information regarding two incidents. The first is a January 23, 2007 incident involving enforcement activities by Immigration and Customs Enforcement (ICE) personnel at a 7-Eleven convenience store in Baltimore. The second is a June 30, 2008 incident in Annapolis involving agents of both ICE and the Internal Revenue Service (IRS). The complaint is addressed to several agencies who may have information relevant to one or both incidents.

      The parties have focused initially on the issues presented with the first incident, or "7-11." The parties believe that with regard to all the documents requested or produced regarding 7-11, that the parties can agree to what constitutes disputed matters, and proceed with a partial summary judgment briefing schedule on those matters. The parties propose the following schedule:

| | |
|---|---|
| *July 27, 2009* | Parties Agree to Stipulated Issues in Dispute |
| *August 26, 2009* | Deadline for Defendant's Motion for Partial Summary Judgment |
| *September 14, 2009* | Plaintiff's Opposition Deadline |
| *September 28, 2009* | Deadline for Defendant's Reply |

  Once all disputed issues involving 7-11 are resolved by mutual agreement or judgment, the parties intend to resolve the question of attorneys fees with regard to the 7-11 litigation.

  In the meantime, the Defendant intends to focus on production of documents related to the second incident or "Annapolis." The parties agree that they are unlikely to need court intervention for some time, provided defendant begins substantial production of documents, and suggest a 90 day stay with regard to the portions of the case relating to Annapolis. At the end of 90 days, the parties will submit a status report to the court.

  The parties are interested in resolving this matter in the most efficient way possible for all parties. Thank you for setting aside time to talk with us on Thursday.

            Very truly yours,

            Rod J. Rosenstein
            United States Attorney


         By:_____\s_____
            Thomas H. Barnard
            Assistant United States Attorney


cc.
Mr. Justin Cox, Esquire
Attorney for Plaintiff