IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CASA DE MARYLAND, INC,** | : |
| **Plaintiff,** | : |
| v. | : Civil No.: PJM 08-3249 |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et. al.*, | : |
| **Defendants.** | : |

...oOo...

**CONSENT MOTION FOR EXTENSION OF TIME**

The Defendants, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submit this Motion for Extension of Time to extend deadlines by seven days and states:

1. This case is a claim for relief pursuant to Freedom of Information Act and plaintiff is seeking information from several federal agencies.

2. The parties proposed a pretrial schedule in correspondence to the court. See Docket No. 17. This proposal was approved by the court on July 16, 2009. See Docket No. 18. These deadlines were extended once for 30 days. See Docket No. 22.

3. Defendant is in the process of completing its partial motion in this case, but needs some additional time to prepare the motion and requisite exhibits. Additionally, plaintiff's counsel and the undersigned continue to negotiate some details.

4. The defendant requests that all deadlines be extended by 7 days.

5. The undersigned consulted with plaintiff's counsel on September 23, 2009 and obtained consent for this extension.

WHEREFORE, the Defendant respectfully requests that the Court extend all deadlines set in Docket No. 18, and modified in Docket No. 22, for 7 days.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov