## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASA DE MARYLAND, INC,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No.: PJM 08-3249** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et. al.*, | : | |
| **Defendants.** | : | |

...oOo...

## PARTIAL MOTION TO DISMISS, OR,
## IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Now come the defendants, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said district, hereby partially moves, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 56(c), to dismiss, or, in the alternative, for summary judgment with regard to the redaction of certain documents produced under the Freedom of Information Act (FOIA) in the above-captioned case because plaintiff's complaint has failed to state a claim, and defendants properly applied FOIA exemptions as a matter of law. In support whereof, defendants submit the attached Memorandum of Law which is incorporated by reference herein. Based on the arguments and authorities cited therein, defendants' motion should be granted and plaintiff's claims against defendants should be dismissed.

WHEREFORE, defendants pray that plaintiff's claim be dismissed or that summary judgment be entered in their favor as to all claims for information addressed in the accompanying memorandum.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800