**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CASA DE MARYLAND, INC.** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 08-3249** |
| | * | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.** | * | |
| | * | |
| | * | |
| Defendants | * | |

**ORDER**

Upon consideration of Defendants' Motion for Partial Summary Judgment [Paper No. 27] and Plaintiff's Opposition thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 3rd day of February, 2010

**ORDERED**

1. Defendants' Motion for Partial Summary Judgment [Paper No. 27] is **GRANTED IN PART** and **DENIED IN PART**. Having reviewed *in camera* those portions of the Department of Homeland Security Administrative Inquiry Report and Administrative Inquiry Affidavit that were redacted pursuant to the attorney-client privilege, the Motion is **GRANTED** as to some of the redacted portions. Specifically, there were three documents as to which the attorney-client privilege was asserted. The indicated passages in the documents that may continue to be redacted are:

1. In the Department of Homeland Security Administrative Inquiry Report, page 13 of 29, in the first paragraph, second line, after the word "Baltimore" and up to the letters "DO" in the fifth line;

2. In the Administrative Inquiry Affidavit, page 7 of 9, starting on line 11 through line 16, and on line 17 through line 19; and

3. In the Administrative Inquiry Affidavit beginning on line 42 of page 4 through line 2 of page 5.

The Motion is **DENIED** in all other respects. That means that all other redacted information in the referenced documents must be disclosed. The disclosure shall be made within ten (10) days of this Order; and

2. The Parties are further **DIRECTED** to file a report regarding the status of all remaining claims within 30 days of the date of this Order. Included in the status report should be a proposed scheduling order with respect to the resolution of all outstanding claims.


_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**