**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CASA DE MARYLAND, INC.,                    :

     Plaintiff,                            :

  v.                                        :    Civil Action No. PJM-08-3249

U.S. DEPARTMENT OF HOMELAND          :
 SECURITY, *et al.*,
                                          :
    Defendants.
                                  **...o0o...**

**<u>NOTICE OF APPEAL</u>**

    Notice is hereby given that Defendants in the above named case hereby appeal to the United

States Court of Appeals for the Fourth Circuit from the Order of this Court entered on February 5,

2010, directing Defendant United States Department of Homeland Security to disclose previously-

redacted information to Plaintiff (Docket No. 41).

                   Respectfully submitted,

                   Rod J. Rosenstein
                   United States Attorney

       By:     / s / _____
                   Neil R. White
                   Assistant United States Attorney
                   U.S. Courthouse
                   6500 Cherrywood Lane, Fourth Floor
                   Greenbelt, Maryland 20770
                   Telephone:  301-344-4433

                   Counsel for Defendants